| Case No.: | 12-02332 | | | Trustee Name: | Eva M. Lemeh |
|---|---|---|---|---|---|
| Case Name: | BRI BUSINESS SERVICES, INC. | | | Date Filed (f) or Converted (c): | 08/23/2012 (c) |
| For the Period Ending: | 09/30/2012 | | | §341(a) Meeting Date: | 10/01/2012 |
| | | | | Claims Bar Date: | 11/28/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | |
| 1 Green Bank (approximately $46,000.00) - Nashville Chase bank (approximately $10,000.00) - Los Angeles | $56,000.00 | $1.00 | | $0.00 | $1.00 |
| 2 Trade Accounts Receivable, various BRI offices | $5,951,917.62 | $1.00 | | $0.00 | $1.00 |
| 3 Software masters (value approximated) | $6,000,000.00 | $1.00 | | $0.00 | $1.00 |
| 4 Maintained by multiple BRI offices | $0.00 | $0.00 | | $0.00 | FA |
| 5 Various computer and office equipment | $10,000.00 | $1.00 | | $0.00 | $1.00 |

**TOTALS (Excluding unknown value)**      **Gross Value of Remaining Asset**

$12,017,917.62     $4.00     $0.00     $4.00

**Major Activities affecting case closing:**

08/28/2012    Email sent to Robert Mendes rmendes@fbtlaw.com:

Please have the DIP account closed, send the balance to Eva M. Lemeh, Trustee at 4300 Kings Lane, Nashville, TN 37218, and the last bank statement – all immediately.

Additionally, provide Eva with the following:

1. Contact numbers for the principal.
2. 3-years of tax returns.
3. 1-year of bank statements for all accounts.
4. A time table for Eva to pick up all books and records.

-dp

08/29/2012    File motion to employ attorney Lemeh -dp.

08/29/2012    Tcw jim Kelly-he deposed rawlings twice will send me depos; sue neal and harwell and BOA-serve jim for both parties for the 1,300,000 paid by debtor last week-jim's email is jkelley@nealharwell.com

08/29/2012    look at claim for 1million for Bettencourt, Inc.-may be an insider-eml

08/30/2012    Notice of Assets filed -dp.

Draft adversary, cover sheet and exhibits to Eva -dp.

09/12/2012    Email to gdunham@fbtlaw.com to file ch7 conv s/s -dp.

09/13/2012    Frost, Brown & Todd filed a motion to withdraw as attorney -dp.

| Case No.: | 12-02332 | | | Trustee Name: | Eva M. Lemeh |
| Case Name: | BRI BUSINESS SERVICES, INC. | | | Date Filed (f) or Converted (c): | 08/23/2012 (c) |
| For the Period Ending: | 09/30/2012 | | | §341(a) Meeting Date: | 10/01/2012 |
| | | | | Claims Bar Date: | 11/28/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| | |
|---|---|
| 09/13/2012 | tcw franklin palm of Blackstone resources services, inc in los angeles 310-770-2906;said i would take offered him 3.5 instead of 1.5 to settle |
| 09/17/2012 | Black Stone Comp and Settle draft to Eva -dp. |
| 09/17/2012 | Email to Eva on amounts owed by debtor to G&G Enterprises, Key Equipment and Rodgers/Welch Venture -dp. |
| 09/23/2012 | workinf daily to settle claim debtor/rawling has with a studio in los angeles to repay 7 million back to debtor/rawlings of money rawlings invested in a movie; franklin palm says he will have answer for me monday 09/24/12-eml |
| 09/27/2012 | Steven Rawlins<br>BRI Services, Inc.<br>The Tower, Suite 3127<br>611 Commerce Street<br>Nashville, TN 37203<br>Phone 615.242.7100<br>Fax 615.242.7900<br>Cell 615.642.1154 |
| 09/27/2012 | Mr Rawlins called and confirmed he will be at moc on 10/1 at 12:30pm -dp. |
| 09/28/2012 | Filed 3:12-ap-90552 v. Boa/Neal Harwell -dp. |
| 10/02/2012 | Served 12-ap-90552 v. Boa/Neal Harwell Complaint and Summons on defendants/afsops. Filed cos on summons -dp. |
| 10/02/2012 | Searched California SOS for Bettencourt, Inc - results to Eva -dp. |
| 10/04/2012 | Email to Larry Williams with Boa/Neal & Harwell complaint -dp. |

| Initial Projected Date Of Final Report (TFR): | 03/30/2013 | Current Projected Date Of Final Report (TFR): | 03/30/2013 | /s/ EVA M. LEMEH |
| | | | | EVA M. LEMEH |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 1

| | |  | | |
|---|---|---|---|---|
| Case No. | 12-02332 | | Trustee Name: | Eva M. Lemeh |
| Case Name: | BRI BUSINESS SERVICES, INC. | | Bank Name: | PINNACLE NATIONAL BANK |
| Primary Taxpayer ID #: | 41-2150748 | | Checking Acct #: | 9951010072 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 10/01/2011 | | Blanket bond (per case limit): | $12,500,000.00 |
| For Period Ending: | 09/30/2012 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $0.00 | $0.00 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $0.00 | $0.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $0.00 | $0.00 | |

**For the period of 10/01/2011 to 09/30/2012**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 09/05/2012 to 9/30/2012**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 2

| | |
|---|---|
| Case No. | 12-02332 |
| Case Name: | BRI BUSINESS SERVICES, INC. |
| Primary Taxpayer ID #: | 41-2150748 |
| Co-Debtor Taxpayer ID #: | |
| For Period Beginning: | 10/01/2011 |
| For Period Ending: | 09/30/2012 |

| | |
|---|---|
| Trustee Name: | Eva M. Lemeh |
| Bank Name: | PINNACLE NATIONAL BANK |
| Checking Acct #: | 9951010072 |
| Account Title: | |
| Blanket bond (per case limit): | $12,500,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $0.00 | $0.00 | $0.00 |

**For the period of 10/01/2011 to 09/30/2012**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 09/05/2012 to 9/30/2012**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ EVA M. LEMEH

EVA M. LEMEH