# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| Case No.: | 12-02332 | | Trustee Name: | Eva M. Lemeh |
|---|---|---|---|---|
| Case Name: | BRI BUSINESS SERVICES, INC. | | Date Filed (f) or Converted (c): | 08/23/2012 (c) |
| For the Period Ending: | 09/30/2013 | | §341(a) Meeting Date: | 10/01/2012 |
| | | | Claims Bar Date: | 12/31/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Green Bank (approximately $46,000.00) - Nashville Chase bank (approximately $10,000.00) - Los Angeles | | $56,000.00 | $1.00 | | $0.00 | FA |
| 2 | Trade Accounts Receivable, various BRI offices | | $5,951,917.62 | $0.00 | | $0.00 | $0.00 |
| 3 | Software masters (value approximated) | | $6,000,000.00 | $1.00 | | $0.00 | FA |
| 4 | customer lists-maintained by multiple BRI offices | | $0.00 | $0.00 | | $0.00 | FA |
| 5 | Various computer and office equipment | | $10,000.00 | $1.00 | | $0.00 | FA |
| 6 | money held by neal & harwell for the benefit of bank of america | (u) | $0.00 | $1,300,000.00 | | $1,300,000.00 | FA |
| 7 | balance of retainer held in escrow by debtor's counsel | (u) | $0.00 | $25,189.30 | | $25,189.30 | FA |
| 8 | funds held by debtor's attorney pursuant to the Fifth Agreed Cash Collateral Order- in May 2012, BRI was required to transfer all of its cash on hand to its attorney's escrow account pending further court order | (u) | $0.00 | $10,418.00 | | $10,428.14 | $0.00 |
| 9 | funds held by attorney for Steve Rawlins turned over per agreed order authorizing turnover of funds entered 03/13/13 | (u) | $0.00 | $4,163.00 | | $4,163.00 | $0.00 |
| INT | Interest Earned | (u) | Unknown | Unknown | | $801.45 | Unknown |

**TOTALS (Excluding unknown value)**     **Gross Value of Remaining Asset**

$12,017,917.62     $1,339,773.30     $1,340,581.89     $0.00

**Major Activities affecting case closing:**

| Case No.: | 12-02332 | | | Trustee Name: | Eva M. Lemeh |
| Case Name: | BRI BUSINESS SERVICES, INC. | | | Date Filed (f) or Converted (c): | 08/23/2012 (c) |
| For the Period Ending: | 09/30/2013 | | | §341(a) Meeting Date: | 10/01/2012 |
| | | | | Claims Bar Date: | 12/31/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

Email sent to Robert Mendes rmendes@fbtlaw.com:

Please have the DIP account closed, send the balance to Eva M. Lemeh, Trustee at 4300 Kings Lane, Nashville, TN 37218, and the last bank statement – all immediately.

Additionally, provide Eva with the following:

1. Contact numbers for the principal.
2. 3-years of tax returns.
3. 1-year of bank statements for all accounts.
4. A time table for Eva to pick up all books and records.

-dp

look at claim for 1million for Bettencourt, Inc.-may be an insider-eml

File motion to employ attorney Lemeh -dp.

Tcw jim Kelly-he deposed rawlings twice will send me depos; sue neal and harwell and BOA-serve jim for both parties for the 1,300,000 paid by debtor last week-jim's email is jkelley@nealharwell.com

Draft adversary, cover sheet and exhibits to Eva -dp.

Email to gdunham@fbtlaw.com to file ch7 conv s/s -dp.

Frost, Brown & Todd filed a motion to withdraw as attorney -dp.

tcw franklin palm of Blackstone resources services, inc in los angeles 310-770-2906;said i would take offered him 3.5 instead of 1.5 to settle

Black Stone Comp and Settle draft to Eva -dp.

Email to Eva on amounts owed by debtor to G&G Enterprises, Key Equipment and Rodgers/Welch Venture -dp.

workinf daily to settle claim debtor/rawling has with a studio in los angeles to repay 7 million back to debtor/rawlings of money rawlings invested in a movie; franklin palm says he will have answer for me monday 09/24/12-eml

Mr Rawlins called and confirmed he will be at moc on 10/1 at 12:30pm -dp.

Filed 3:12-ap-90552 v. Boa/Neal Harwell -dp.

Served 12-ap-90552 v. Boa/Neal Harwell Complaint and Summons on defendants/afsops. Filed cos on summons -dp.

Searched California SOS for Bettencourt, Inc - results to Eva -dp.

Email to Larry Williams with Boa/Neal & Harwell complaint -dp.

Filed motion to employ accountant -dp.

Left voicemail on Steve Rawlins cell 642-1154 for AR addresses -dp.

Mr. Rawlins called back in pm and left voicemail; which AR's do I want? I called him back on his cell and left voicemail that we want all AR's name/mailing address/any attn & amount due for any that have balances due. If what he sends omits some of the ones I have, then I'll call him back. He is out of town, so will be approx 48 hours for list. I left him my email address dpolston.lemehtrustee@comcast.net. Mr. Rawlins called again and I will send him an email in the a.m. with our request. -dp.

SUBTOTALS  $0.00  $0.00

| | |
|---|---|
| **Case No.:** 12-02332 | **Trustee Name:** Eva M. Lemeh |
| **Case Name:** BRI BUSINESS SERVICES, INC. | **Date Filed (f) or Converted (c):** 08/23/2012 (c) |
| **For the Period Ending:** 09/30/2013 | **§341(a) Meeting Date:** 10/01/2012 |
| | **Claims Bar Date:** 12/31/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

Email to Mr. Rawlins for A/R information -dp.

Email from Steve Rawlins - will get AR info to us on Tuesday 10/16 -dp.

O/E for attorney to withdraw. Changed TES to Pro Se -dp.

Note to Eva (on 10/22 prep vs court) that Rawlins has not sent the A/R info he promised to provide by 10/16. -dp.

Prepare draft pretrial for 12-ap-90552, to Eva -dp.

Filed order to employ accountant -dp.

Email to Eva with draft a/o to continue pretrial and draft judgment on pleadings -dp.

Filed a/o to continue pretrial conference in 12-ap-90552.

Filed motion for judgment on pleadings in 12-ap-90552.

claim 4-boa will be unsecured so allow but do not allow claim 1 because claim 4 includes the credit card balance stated in claim 1; claim 5 disallow beacuse its the same debt claimed in poc no. 7-1; claim 6 disallow beacuse its the same debt claimed in poc no. 7-1; look closely at claim 7-1 because money may go back to rawlings which should be contested-eml

Email to Eva: I did NOT file the order for judgment on pleadings in 12-ap-90552 as docket #10 text says "objection to" -dp.

Email to Eva on continuing pretrial - response from James Kelly -dp.

Ch7 Name & Address:
Steven W. Rawlins
611 Commerce Street
The Tower Suite 3127
Nashville, TN 37203

From another source:
Steven Rawlins
BRI Services, Inc.
The Tower, Suite 3127
611 Commerce Street
Nashville, TN 37203
Phone 615.242.7100
Fax 615.242.7900
Cell 615.642.1154
Email: srawlins@briservices.com
Website: http://briservices.com/ (Blackstone Resoures, Inc.)

Eva: Rawlings phone numbers he has called me from are 712-7578; 642-1154. Franklin palms of blackstone resources llc is 310-770-2906.

| | SUBTOTALS | $0.00 | $0.00 |
|---|---|---|---|

| Case No.: | 12-02332 | | | Trustee Name: | Eva M. Lemeh |
| Case Name: | BRI BUSINESS SERVICES, INC. | | | Date Filed (f) or Converted (c): | 08/23/2012 (c) |
| For the Period Ending: | 09/30/2013 | | | §341(a) Meeting Date: | 10/01/2012 |
| | | | | Claims Bar Date: | 12/31/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

from EML:

Spoke to young yesterday and what James Kelly first told me regarding grist brown fees he has now backed off so we will get the fee reduced but it will still be substantial 75-80k . Then I have attys fees and boa will amend its poc to be unsecured

I have yet to send out a/r collection letters because CEO has yet to provide addresses etc. I assume I have to do at least that even though they may be bogus

So I think I still need to look at an interim distribution and not a final

Filed 3:13-ap-90038, v. Frost Brown Todd LLC, and cover sheet -dp.  Filed withdrawal; will file new Adv per Eva -dp.

Filed 3:13-ap-90045 v. Frost Brown Todd LLC & Steven W. Rawlins and coversheet -dp.

13-ap-90045 v. FBT/Rawlins.  Prepared/filed certificate of service and mailed complaint/summons to defendants FBT/Rawlins -dp.

Filed motion to close 12-ap-90552 -dp.

Filed motion to pay attorney Lemeh and agent Heldreth -dp.

Draft motion to close 13-ap-90045 to Eva -dp.

Filed motion to close 13-ap-90045.

Filed withdrawal of motion to close.

File motion/order for voluntary dismissal with prejudice -dp.

Filed orders to pay Heldreth and attorney Lemeh -dp.

Filed interim distribution and allow/disallow claims -dp.

Draft interim distribution and allow/disallow claims to Eva -dp.

Filed amended motion to allow/disallow claims -dp.

Filed orders to allow/disallow claims and interim distribution -dp.

Update from Phillip Young: Waiting to hear from debtor's counsel re B of A; Ask Eva if she wants to close case or wait

principal thru his atty claimed he had 3 million to payout the b'cy several months ago; we have made demand for paymetn and princ. has made numerous reasons why he cnanot pay before deadline given-latest is he has to create an entity that wil make the payment; told pyoung to submit his fee app then will prpeare and submit tfr-eml

tcw shannon to clear up balance of 523.59-pinnacle never moved it into the correct account as i requeted in an email to becky mcmillan ; emailed becky again and requested her to do what i asked-eml

| Initial Projected Date Of Final Report (TFR): | 12/31/2013 | Current Projected Date Of Final Report (TFR): | 12/31/2013 | /s/ EVA M. LEMEH |
| | | | | EVA M. LEMEH |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 1

| | |
|---|---|
| Case No. | 12-02332 |
| Case Name: | BRI BUSINESS SERVICES, INC. |
| Primary Taxpayer ID #: | 41-2150748 |
| Co-Debtor Taxpayer ID #: | |
| For Period Beginning: | 10/01/2012 |
| For Period Ending: | 09/30/2013 |

| | |
|---|---|
| Trustee Name: | Eva M. Lemeh |
| Bank Name: | PINNACLE BANK |
| Money Market Acct #: | ******0088 |
| Account Title: | |
| Blanket bond (per case limit): | $8,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/22/2013 | | Transfer From: #******0072 | transfer to money market to get interest | 9999-000 | $1,324,189.30 | | $1,324,189.30 |
| 01/23/2013 | 2001 | FROST BROWN TODD, LLC | PAY ATTORNEYS FEES AND EXPENSES PER ORDER ENTERED 01/23/13 | 3210-000 | | $80,000.00 | $1,244,189.30 |
| 01/31/2013 | (INT) | Pinnacle National Bank | Interest Pad January 31, 2013 | 1270-000 | $47.99 | | $1,244,237.29 |
| 02/28/2013 | (INT) | Pinnacle Bank | Interest for February | 1270-000 | $143.17 | | $1,244,380.46 |
| 03/19/2013 | (8) | FROST BROWN TODD | cash collateral | 1290-010 | $10,428.14 | | $1,254,808.60 |
| 03/19/2013 | (9) | FROST BROWN TODD | funds held by attorney for Steve Rawlins turned over per agreed order authorizing turnover of funds entered 03/13/13 | 1290-000 | $4,163.00 | | $1,258,971.60 |
| 03/29/2013 | (INT) | Pinnacle Bank | Interest for March | 1270-000 | $148.30 | | $1,259,119.90 |
| 04/15/2013 | 2002 | JOHN H. HELDRETH & ASSOCIATES | fees 180; exps 49.14 per order entered on 04/12/13 | 2990-000 | | $229.14 | $1,258,890.76 |
| 04/15/2013 | 2003 | EVA M. LEMEH, ESQUIRE | attorneys fees per order entered 04/12/13 | 3110-000 | | $12,637.50 | $1,246,253.26 |
| 04/15/2013 | 2004 | EVA M. LEMEH, ESQUIRE | attorney expenses per order entered 04/12/13 | 3120-000 | | $129.80 | $1,246,123.46 |
| 04/30/2013 | (INT) | Pinnacle Bank | Interest Posting | 1270-000 | $163.84 | | $1,246,287.30 |
| 05/17/2013 | 2005 | Garfinkle, McLemore & Young, PLLC | pay atty's fees per order entered 03/29/13 | 3210-000 | | $8,375.00 | $1,237,912.30 |
| 05/17/2013 | 2006 | Garfinkle, McLemore & Young, PLLC | pay atty's exps per order entered 03/29/13 | 3220-000 | | $263.72 | $1,237,648.58 |
| 05/31/2013 | (INT) | Pinnacle Bank | Interest Posting | 1270-000 | $158.35 | | $1,237,806.93 |
| 06/03/2013 | | Transfer To: #******0072 | transfer money from money market to checking account to make interim distribtion | 9999-000 | | $975,000.00 | $262,806.93 |
| 06/28/2013 | (INT) | Pinnacle Bank | Interest Posting | 1270-000 | $38.25 | | $262,845.18 |
| 07/31/2013 | (INT) | Pinnacle Bank | Interest Posting | 1270-000 | $35.65 | | $262,880.83 |
| 08/30/2013 | (INT) | Pinnacle Bank | Interest Posting | 1270-000 | $32.41 | | $262,913.24 |
| 09/30/2013 | (INT) | Pinnacle | Interest Posting | 1270-000 | $33.49 | | $262,946.73 |
| | | | | SUBTOTALS | $1,339,581.89 | $1,076,635.16 | |

## FORM 2
### CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 2

| | |  | | |
|---|---|---|---|---|
| **Case No.** | 12-02332 | | **Trustee Name:** | Eva M. Lemeh |
| **Case Name:** | BRI BUSINESS SERVICES, INC. | | **Bank Name:** | PINNACLE BANK |
| **Primary Taxpayer ID #:** | 41-2150748 | | **Money Market Acct #:** | ******0088 |
| **Co-Debtor Taxpayer ID #:** | | | **Account Title:** | |
| **For Period Beginning:** | 10/01/2012 | | **Blanket bond (per case limit):** | $8,000,000.00 |
| **For Period Ending:** | 09/30/2013 | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | | | Deposit | Disbursement | Balance |
|---|---|---|---|---|---|---|
| | | | **TOTALS:** | $1,339,581.89 | $1,076,635.16 | $262,946.73 |
| | | | Less: Bank transfers/CDs | $1,324,189.30 | $975,000.00 | |
| | | | Subtotal | $15,392.59 | $101,635.16 | |
| | | | Less: Payments to debtors | $0.00 | $0.00 | |
| | | | Net | $15,392.59 | $101,635.16 | |

| For the period of 10/01/2012 to 09/30/2013 | | For the entire history of the account between 01/20/2013 to 9/30/2013 | |
|---|---|---|---|
| Total Compensable Receipts: | $15,392.59 | Total Compensable Receipts: | $15,392.59 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $15,392.59 | Total Comp/Non Comp Receipts: | $15,392.59 |
| Total Internal/Transfer Receipts: | $1,324,189.30 | Total Internal/Transfer Receipts: | $1,324,189.30 |
| | | | |
| Total Compensable Disbursements: | $101,635.16 | Total Compensable Disbursements: | $101,635.16 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $101,635.16 | Total Comp/Non Comp Disbursements: | $101,635.16 |
| Total Internal/Transfer Disbursements: | $975,000.00 | Total Internal/Transfer Disbursements: | $975,000.00 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 3

| Case No. | 12-02332 | Trustee Name: | Eva M. Lemeh |
| --- | --- | --- | --- |
| Case Name: | BRI BUSINESS SERVICES, INC. | Bank Name: | PINNACLE BANK |
| Primary Taxpayer ID #: | 41-2150748 | Checking Acct #: | ******0072 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 10/01/2012 | Blanket bond (per case limit): | $8,000,000.00 |
| For Period Ending: | 09/30/2013 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/15/2013 | (6) | Neal & Harwell, PLC trust account | money held by neal & harwell for the benefit of bank of america | 1229-000 | $1,300,000.00 | | $1,300,000.00 |
| 01/18/2013 | (7) | Frost Todd Brown LLC | balance of retainer held in escrow by debtors counsel | 1290-010 | $25,189.30 | | $1,325,189.30 |
| 01/22/2013 | | Transfer To: #******0088 | transfer to money market to get interest | 9999-000 | | $1,324,189.30 | $1,000.00 |
| 02/04/2013 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $475.57 | $524.43 |
| 03/04/2013 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $0.84 | $523.59 |
| 03/19/2013 | | Transfer From: #******0072 | to money market | 9999-000 | $523.59 | | $1,047.18 |
| 03/19/2013 | | Transfer To: #******0088 | to money market | 9999-000 | | $523.59 | $523.59 |
| 06/03/2013 | | Transfer From: #******0088 | transfer money from money market to checking account to make interim distribtion | 9999-000 | $975,000.00 | | $975,523.59 |
| 06/03/2013 | 3001 | Eva M. Lemeh | Trustee Compensation | 2100-000 | | $39,999.41 | $935,524.18 |
| 06/03/2013 | 3002 | Eva M. Lemeh | Trustee Expenses | 2200-000 | | $3.27 | $935,520.91 |
| 06/03/2013 | 3003 | U.S. BANKRUPTCY COURT CLERK | Account Number: ; Claim #: 8; Notes: adversary filing fee for adversary case no. 12-90552A; Amount Claimed: 293.00; Amount Allowed: 293.00; Dividend: 0.03; Distribution Dividend: 100.00; | 2700-000 | | $293.00 | $935,227.91 |
| 06/03/2013 | 3004 | FleetCor Technologies | Account Number: ; Claim #: 2; Notes: allowed/unsecured; Amount Claimed: 6,648.00; Amount Allowed: 6,648.00; Dividend: 0.48; Distribution Dividend: 71.30; | 7100-000 | | $4,739.70 | $930,488.21 |
| 06/03/2013 | 3005 | Key Equipment Finance Inc. | Account Number: ; Claim #: 3; Notes: allowed/unsecured; Amount Claimed: 4,368.59; Amount Allowed: 4,368.59; Dividend: 0.31; Distribution Dividend: 71.30; | 7100-000 | | $3,114.60 | $927,373.61 |
| | | | | SUBTOTALS | $2,300,712.89 | $1,373,339.28 | |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 4

| | |
|---|---|
| Case No. | 12-02332 |
| Case Name: | BRI BUSINESS SERVICES, INC. |
| Primary Taxpayer ID #: | 41-2150748 |
| Co-Debtor Taxpayer ID #: | |
| For Period Beginning: | 10/01/2012 |
| For Period Ending: | 09/30/2013 |

| | |
|---|---|
| Trustee Name: | Eva M. Lemeh |
| Bank Name: | PINNACLE BANK |
| Checking Acct #: | ******0072 |
| Account Title: | |
| Blanket bond (per case limit): | $8,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/03/2013 | 3006 | The Happy Ending, LLC | Account Number: ; Claim #: 6; Notes: allow/unsecured; allowing this claim which is one of three claims filed for the very same debt; allowing because corporation so will pay this creditor instead of chosing between the two individuals named in the promi | 7100-000 | | $926,837.99 | $535.62 |
| 06/04/2013 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $0.84 | $534.78 |
| 07/02/2013 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $403.83 | $130.95 |

| | | |
|---|---|---|
| TOTALS: | $2,300,712.89 | $2,300,581.94 | $130.95 |
| Less: Bank transfers/CDs | $975,523.59 | $1,324,712.89 | |
| Subtotal | $1,325,189.30 | $975,869.05 | |
| Less: Payments to debtors | $0.00 | $0.00 | |
| Net | $1,325,189.30 | $975,869.05 | |

| For the period of 10/01/2012 to 09/30/2013 | | For the entire history of the account between 09/05/2012 to 9/30/2013 | |
|---|---|---|---|
| Total Compensable Receipts: | $1,325,189.30 | Total Compensable Receipts: | $1,325,189.30 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,325,189.30 | Total Comp/Non Comp Receipts: | $1,325,189.30 |
| Total Internal/Transfer Receipts: | $975,523.59 | Total Internal/Transfer Receipts: | $975,523.59 |
| | | | |
| Total Compensable Disbursements: | $975,869.05 | Total Compensable Disbursements: | $975,869.05 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $975,869.05 | Total Comp/Non Comp Disbursements: | $975,869.05 |
| Total Internal/Transfer Disbursements: | $1,324,712.89 | Total Internal/Transfer Disbursements: | $1,324,712.89 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 5

| | | |
|---|---|---|
| Case No. | 12-02332 | |
| Case Name: | BRI BUSINESS SERVICES, INC. | |
| Primary Taxpayer ID #: | 41-2150748 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 10/01/2012 | |
| For Period Ending: | 09/30/2013 | |

| | |
|---|---|
| Trustee Name: | Eva M. Lemeh |
| Bank Name: | PINNACLE BANK |
| Checking Acct #: | ******0072 |
| Account Title: | |
| Blanket bond (per case limit): | $8,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $1,340,581.89 | $1,077,504.21 | $263,077.68 |

For the period of 10/01/2012 to 09/30/2013

| | |
|---|---:|
| Total Compensable Receipts: | $1,340,581.89 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,340,581.89 |
| Total Internal/Transfer Receipts: | $2,299,712.89 |
| | |
| Total Compensable Disbursements: | $1,077,504.21 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,077,504.21 |
| Total Internal/Transfer Disbursements: | $2,299,712.89 |

For the entire history of the account between 09/05/2012 to 9/30/2013

| | |
|---|---:|
| Total Compensable Receipts: | $1,340,581.89 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,340,581.89 |
| Total Internal/Transfer Receipts: | $2,299,712.89 |
| | |
| Total Compensable Disbursements: | $1,077,504.21 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,077,504.21 |
| Total Internal/Transfer Disbursements: | $2,299,712.89 |