# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

In re: § Case No. 12-02332
§
BRI BUSINESS SERVICES, INC. §
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*     $1,340,615.40
*and approved disbursements of*     $1,084,017.27
*leaving a balance on hand of[1]:*     $256,598.13

Claims of secured creditors will be paid as follows:

Total to be paid to secured creditors:     $0.00
Remaining balance:     $256,598.13

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Eva M. Lemeh, Trustee Fees | $63,468.46 | $39,999.41 | $23,469.05 |
| Eva M. Lemeh, Trustee Expenses | $6.64 | $3.27 | $3.37 |
| U.S. BANKRUPTCY COURT CLERK , Clerk of the Court Costs | $879.00 | $293.00 | $586.00 |

Total to be paid for chapter 7 administrative expenses:     $24,058.42
Remaining balance:     $232,539.71

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

| | Total to be paid to prior chapter administrative expenses: | $0.00 |
| --- | --- | --- |
| | Remaining balance: | $232,539.71 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $3,479.61 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
| --- | --- | --- | --- | --- |
| 8 | Tennessee Department of Revenue | $446.86 | $0.00 | $446.86 |
| 9 | Tennessee Department of Revenue | $686.69 | $0.00 | $686.69 |
| 10 | Tennessee Department of Revenue | $2,346.06 | $0.00 | $2,346.06 |

| | Total to be paid to priority claims: | $3,479.61 |
| --- | --- | --- |
| | Remaining balance: | $229,060.10 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $1,311,046.59 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 88.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
| --- | --- | --- | --- | --- |
| 2 | FleetCor Technologies | $6,648.00 | $4,739.70 | $1,161.40 |
| 3 | Key Equipment Finance Inc. | $4,368.59 | $3,114.60 | $763.19 |
| 6 | The Happy Ending, LLC | $1,300,000.00 | $926,837.99 | $227,108.88 |
| 8-1 | Tennessee Department of Revenue | $30.00 | $0.00 | $26.63 |

| | Total to be paid to timely general unsecured claims: | $229,060.10 |
| --- | --- | --- |
| | Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general

(unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

| | |
|---|---|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By: /s/ Eva M. Lemeh
Trustee

Eva M. Lemeh
4300 Kings Lane
Nashville, TN, 37218

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.