UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF TENNESSEE - NASHVILLE DIVISION

In re:  
BRI BUSINESS SERVICES, INC.

Debtor(s)

Case No. 12-02332  
Chapter 7  
Judge Marian F. Harrison

## ORDER AWARDING TRUSTEE COMPENSATION AND EXPENSES

Upon application to the Court for allowance of trustee compensation and expenses, proper notice having been given, and no objections having been made, it is hereby ORDERED that the Trustee is awarded trustee compensation of $23,469.05 and trustee expenses of $3.37, for a total of $23,472.42. The Trustee is further awarded compensation on the interest accrued on estate funds after submission of the Trustee's Final Report not to exceed the maximum compensation as provided in 11 U.S.C. § 326.

This Order was signed and entered electronically as indicated at the top of this page.

/s/ Eva M. Lemeh  
Eva M. Lemeh, Trustee  
Tn. Bar No. 012153  
4300 Kings Lane  
Nashville TN 37218  
Phone: (615) 876-4862

eMail: elemehtrustee@comcast.net