UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

In re: § Case No. 12-02332
§
BRI BUSINESS SERVICES, INC. §
§
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

Eva M. Lemeh, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $12,017,917.62 | Assets Exempt: | NA |
| Total Distributions to Claimants: | $1,167,294.82 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $173,385.34 | | |

3) Total gross receipts of $1,340,680.16 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $1,340,680.16 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $2,500,000.00 | $2,639,668.61 | $0.00 | $0.00 |
| Priority Claims: | | | | |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $160,121.62 | $160,121.62 | $173,385.34 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $3,479.61 | $3,479.61 | $3,479.61 |
| General Unsecured Claims (from **Exhibit 7**) | $1,042,500.00 | $3,981,519.13 | $1,311,046.59 | $1,163,815.21 |
| **Total Disbursements** | $3,542,500.00 | $6,784,788.97 | $1,474,647.82 | $1,340,680.16 |

4). This case was originally filed under chapter 11 on 03/09/2012. The case was converted to one under Chapter 7 on 08/23/2012. The case was pending for 20 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/02/2014    By: /s/ Eva M. Lemeh
                         Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| money held by neal & harwell for the benefit of bank of america | 1229-000 | $1,300,000.00 |
| Interest Earned | 1270-000 | $899.72 |
| funds held by attorney for Steve Rawlins turned over per agreed order authorizing turnover of funds entered 03/13/13 | 1290-000 | $4,163.00 |
| balance of retainer held in escrow by debtor's counsel | 1290-010 | $25,189.30 |
| funds held by debtor's attorney pursuant to the Fifth Agreed Cash Collateral Order- in May 2012, BRI was required to tra | 1290-010 | $10,428.14 |
| **TOTAL GROSS RECEIPTS** | | $1,340,680.16 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 | Bank of America, N.A. | 4210-000 | $2,500,000.00 | $2,639,668.61 | $0.00 | $0.00 |
| | DEX Imaging & Mailing | 4210-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $2,500,000.00 | $2,639,668.61 | $0.00 | $0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Eva M. Lemeh, Trustee | 2100-000 | NA | $63,470.40 | $63,470.40 | $63,470.40 |
| Eva M. Lemeh, Trustee | 2200-000 | NA | $6.64 | $6.64 | $6.64 |
| Pinnacle Bank | 2600-000 | NA | $881.28 | $881.28 | $881.28 |
| U.S. BANKRUPTCY COURT CLERK | 2700-000 | NA | $879.00 | $879.00 | $879.00 |
| JOHN H. HELDRETH & ASSOCIATES | 2990-000 | NA | $229.14 | $229.14 | $229.14 |
| EVA M. LEMEH, ESQUIRE, Attorney for Trustee | 3110-000 | NA | $14,355.50 | $14,355.50 | $14,355.50 |
| EVA M. LEMEH, ESQUIRE, Attorney | 3120-000 | NA | $299.66 | $299.66 | $299.66 |

| | | | | | | |
|---|---|---|---|---|---|---|
| for Trustee | | | | | | |
| FROST BROWN TODD, LLC, Attorney for Trustee | 3210-000 | | NA | $80,000.00 | $80,000.00 | $80,000.00 |
| Garfinkle, McLemore & Young, PLLC, Attorney for Trustee | 3210-000 | | NA | $0.00 | $0.00 | $13,000.00 |
| Garfinkle, McLemore & Young, PLLC, Attorney for Trustee | 3220-000 | | NA | $0.00 | $0.00 | $263.72 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | | NA | $160,121.62 | $160,121.62 | $173,385.34 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 8 | Tennessee Department of Revenue | 5800-000 | $0.00 | $446.86 | $446.86 | $446.86 |
| 9 | Tennessee Department of Revenue | 5800-000 | $0.00 | $686.69 | $686.69 | $686.69 |
| 10 | Tennessee Department of Revenue | 5800-000 | $0.00 | $2,346.06 | $2,346.06 | $2,346.06 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $3,479.61 | $3,479.61 | $3,479.61 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | FIA CARD SERVICES, N.A. | 7100-000 | $0.00 | $70,472.54 | $0.00 | $0.00 |
| 2 | FleetCor Technologies | 7100-000 | $0.00 | $6,648.00 | $6,648.00 | $5,901.43 |
| 3 | Key Equipment Finance Inc. | 7100-000 | $0.00 | $4,368.59 | $4,368.59 | $3,877.99 |
| 5 | Mario Guddemi | 7100-000 | $0.00 | $1,300,000.00 | $0.00 | $0.00 |
| 6 | The Happy Ending, LLC | 7100-000 | $0.00 | $1,300,000.00 | $1,300,000.00 | $1,154,009.16 |
| 7 | Sal Aurora | 7100-000 | $0.00 | $1,300,000.00 | $0.00 | $0.00 |
| 8-1 | Tennessee Department of Revenue | 7100-000 | $0.00 | $30.00 | $30.00 | $26.63 |
| | Bettencourt, Inc. | 7100-000 | $1,000,000.00 | $0.00 | $0.00 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| Cypress Group | 7100-000 | $35,000.00 | $0.00 | $0.00 | $0.00 |
| G&G Enterprises | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Rob Drexler | 7100-000 | $7,500.00 | $0.00 | $0.00 | $0.00 |
| Rodgers/Welch Venture | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| TSW, Inc. | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $1,042,500.00 | $3,981,519.13 | $1,311,046.59 | $1,163,815.21 |

| Case No.: | 12-02332 | | Trustee Name: | Eva M. Lemeh |
|---|---|---|---|---|
| Case Name: | BRI BUSINESS SERVICES, INC. | | Date Filed (f) or Converted (c): | 08/23/2012 (c) |
| For the Period Ending: | 4/2/2014 | | §341(a) Meeting Date: | 10/01/2012 |
| | | | Claims Bar Date: | 12/31/2012 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Ref. #** | **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 | Green Bank (approximately $46,000.00) - Nashville Chase bank (approximately $10,000.00) - Los Angeles | $56,000.00 | $0.00 | | $0.00 | FA |
| 2 | Trade Accounts Receivable, various BRI offices | $5,951,917.62 | $0.00 | | $0.00 | FA |
| 3 | Software masters (value approximated) | $6,000,000.00 | $0.00 | | $0.00 | FA |
| 4 | customer lists-maintained by multiple BRI offices | $0.00 | $0.00 | | $0.00 | FA |
| 5 | Various computer and office equipment | $10,000.00 | $0.00 | | $0.00 | FA |
| 6 | money held by neal & harwell for the benefit of bank of america (u) | $0.00 | $1,300,000.00 | | $1,300,000.00 | FA |
| 7 | balance of retainer held in escrow by debtor's counsel (u) | $0.00 | $25,189.30 | | $25,189.30 | FA |
| 8 | funds held by debtor's attorney pursuant to the Fifth Agreed Cash Collateral Order- in May 2012, BRI was required to transfer all of its cash on hand to its attorney's escrow account pending further court order (u) | $0.00 | $10,418.00 | | $10,428.14 | FA |
| 9 | funds held by attorney for Steve Rawlins turned over per agreed order authorizing turnover of funds entered 03/13/13 (u) | $0.00 | $4,163.00 | | $4,163.00 | FA |
| INT | Interest Earned (u) | Unknown | Unknown | | $899.72 | FA |

**TOTALS (Excluding unknown value)**         **Gross Value of Remaining Assets**

                        $12,017,917.62     $1,339,770.30     $1,340,680.16     $0.00

**Major Activities affecting case closing:**

| Case No.: | 12-02332 | | | Trustee Name: | Eva M. Lemeh |
|---|---|---|---|---|---|
| Case Name: | BRI BUSINESS SERVICES, INC. | | | Date Filed (f) or Converted (c): | 08/23/2012 (c) |
| For the Period Ending: | 4/2/2014 | | | §341(a) Meeting Date: | 10/01/2012 |
| | | | | Claims Bar Date: | 12/31/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

Email sent to Robert Mendes rmendes@fbtlaw.com:

Please have the DIP account closed, send the balance to Eva M. Lemeh, Trustee at 4300 Kings Lane, Nashville, TN 37218, and the last bank statement – all immediately.

Additionally, provide Eva with the following:

1. Contact numbers for the principal.
2. 3-years of tax returns.
3. 1-year of bank statements for all accounts.
4. A time table for Eva to pick up all books and records.

-dp

look at claim for 1million for Bettencourt, Inc.-may be an insider-eml

File motion to employ attorney Lemeh -dp.

Tcw jim Kelly-he deposed rawlings twice will send me depos; sue neal and harwell and BOA-serve jim for both parties for the 1,300,000 paid by debtor last week-jim's email is jkelley@nealharwell.com

Draft adversary, cover sheet and exhibits to Eva -dp.

Email to gdunham@fbtlaw.com to file ch7 conv s/s -dp.

Frost, Brown & Todd filed a motion to withdraw as attorney -dp.

tcw franklin palm of Blackstone resources services, inc in los angeles 310-770-2906;said i would take offered him 3.5 instead of 1.5 to settle

Black Stone Comp and Settle draft to Eva -dp.

Email to Eva on amounts owed by debtor to G&G Enterprises, Key Equipment and Rodgers/Welch Venture -dp.

workinf daily to settle claim debtor/rawling has with a studio in los angeles to repay 7 million back to debtor/rawlings of money rawlings invested in a movie; franklin palm says he will have answer for me monday 09/24/12-eml

Mr Rawlins called and confirmed he will be at moc on 10/1 at 12:30pm -dp.

Filed 3:12-ap-90552 v. Boa/Neal Harwell -dp.

Served 12-ap-90552 v. Boa/Neal Harwell Complaint and Summons on defendants/afsops. Filed cos on summons -dp.

Searched California SOS for Bettencourt, Inc - results to Eva -dp.

Email to Larry Williams with Boa/Neal & Harwell complaint -dp.

Filed motion to employ accountant -dp.

Left voicemail on Steve Rawlins cell 642-1154 for AR addresses -dp.

Mr. Rawlins called back in pm and left voicemail; which AR's do I want? I called him back on his cell and left voicemail that we want all AR's name/mailing address/any attn & amount due for any that have balances due. If what he sends omits some of the ones I have, then I'll call him back. He is out of town, so will be approx 48 hours for list. I left him my email address dpolston.lemehtrustee@comcast.net. Mr. Rawlins called again and I will send him an email in the a.m. with our request. -dp.

Email to Mr. Rawlins for A/R information -dp.

| Case No.: | 12-02332 | | | Trustee Name: | Eva M. Lemeh |
| Case Name: | BRI BUSINESS SERVICES, INC. | | | Date Filed (f) or Converted (c): | 08/23/2012 (c) |
| For the Period Ending: | 4/2/2014 | | | §341(a) Meeting Date: | 10/01/2012 |
| | | | | Claims Bar Date: | 12/31/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

Email from Steve Rawlins - will get AR info to us on Tuesday 10/16 -dp.

O/E for attorney to withdraw. Changed TES to Pro Se -dp.

Note to Eva (on 10/22 prep vs court) that Rawlins has not sent the A/R info he promised to provide by 10/16. -dp.

Prepare draft pretrial for 12-ap-90552, to Eva -dp.

Filed order to employ accountant -dp.

Email to Eva with draft a/o to continue pretrial and draft judgment on pleadings -dp.

Filed a/o to continue pretrial conference in 12-ap-90552.

Filed motion for judgment on pleadings in 12-ap-90552.

claim 4-boa will be unsecured so allow but do not allow claim 1 because claim 4 includes the credit card balance stated in claim 1; claim 5 disallow beacuse its the same debt claimed in poc no. 7-1; claim 6 disallow beacuse its the same debt claimed in poc no. 7-1; look closely at claim 7-1 because money may go back to rawlings which should be contested-eml

Email to Eva: I did NOT file the order for judgment on pleadings in 12-ap-90552 as docket #10 text says "objection to" -dp.

Email to Eva on continuing pretrial - response from James Kelly -dp.

Ch7 Name & Address:
Steven W. Rawlins
611 Commerce Street
The Tower Suite 3127
Nashville, TN 37203

From another source:
Steven Rawlins
BRI Services, Inc.
The Tower, Suite 3127
611 Commerce Street
Nashville, TN 37203
Phone 615.242.7100
Fax 615.242.7900
Cell 615.642.1154
Email: srawlins@briservices.com
Website: http://briservices.com/ (Blackstone Resoures, Inc.)

Eva: Rawlings phone numbers he has called me from are 712-7578; 642-1154. Franklin palms of blackstone resources llc is 310-770-2906.

| Case No.: | 12-02332 | Trustee Name: | Eva M. Lemeh |
| Case Name: | BRI BUSINESS SERVICES, INC. | Date Filed (f) or Converted (c): | 08/23/2012 (c) |
| For the Period Ending: | 4/2/2014 | §341(a) Meeting Date: | 10/01/2012 |
| | | Claims Bar Date: | 12/31/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

from EML:

Spoke to young yesterday and what James Kelly first told me regarding grist brown fees he has now backed off so we will get the fee reduced but it will still be substantial 75-80k . Then I have attys fees and boa will amend its poc to be unsecured

I have yet to send out a/r collection letters because CEO has yet to provide addresses etc. I assume I have to do at least that even though they may be bogus

So I think I still need to look at an interim distribution and not a final

Filed 3:13-ap-90038, v. Frost Brown Todd LLC, and cover sheet -dp. Filed withdrawal; will file new Adv per Eva -dp.

Filed 3:13-ap-90045 v. Frost Brown Todd LLC & Steven W. Rawlins and coversheet -dp.

13-ap-90045 v. FBT/Rawlins. Prepared/filed certificate of service and mailed complaint/summons to defendants FBT/Rawlins -dp.

Filed motion to close 12-ap-90552 -dp.

Filed motion to pay attorney Lemeh and agent Heldreth -dp.

Draft motion to close 13-ap-90045 to Eva -dp.

Filed motion to close 13-ap-90045.

Filed withdrawal of motion to close.

File motion/order for voluntary dismissal with prejudice -dp.

Filed orders to pay Heldreth and attorney Lemeh -dp.

Filed interim distribution and allow/disallow claims -dp.

Draft interim distribution and allow/disallow claims to Eva -dp.

Filed amended motion to allow/disallow claims -dp.

Filed orders to allow/disallow claims and interim distribution -dp.

Update from Phillip Young: Waiting to hear from debtor's counsel re B of A; Ask Eva if she wants to close case or wait

principal thru his atty claimed he had 3 million to payout the b'cy several months ago; we have made demand for paymetn and princ. has made numerous reasons why he cnanot pay before deadline given-latest is he has to create an entity that wil make the payment; told pyoung to submit his fee app then will prpeare and submit tfr-eml

tcw shannon to clear up balance of 523.59-pinnacle never moved it into the correct account as i requeted in an email to becky mcmillan ; emailed becky again and requested her to do what i asked-eml

Draft motion to pay attorney Lemeh -dp.

Filed motion to pay attorney Lemeh -dp.

paid pyoung; when pay elemeh case ready fro tfr-eml

filed order to pay lemeh attys fees and exps.; ready fro tfr once order entered-eml

prepared and emailed tfr and summary to susan at OUST; will hand deliver originals to her fri 11-15-13-eml

Filed order to pay Trustee -dp.

| Case No.: | 12-02332 | Trustee Name: | Eva M. Lemeh |
| --- | --- | --- | --- |
| Case Name: | BRI BUSINESS SERVICES, INC. | Date Filed (f) or Converted (c): | 08/23/2012 (c) |
| For the Period Ending: | 4/2/2014 | §341(a) Meeting Date: | 10/01/2012 |
| | | Claims Bar Date: | 12/31/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Initial Projected Date Of Final Report (TFR):** 12/31/2013   **Current Projected Date Of Final Report (TFR):** 12/31/2013

/s/ EVA M. LEMEH
EVA M. LEMEH

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 12-02332 | | Trustee Name: | Eva M. Lemeh |
|---|---|---|---|---|
| Case Name: | BRI BUSINESS SERVICES, INC. | | Bank Name: | PINNACLE BANK |
| Primary Taxpayer ID #: | **-***0748 | | Checking Acct #: | ******0072 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 3/9/2012 | | Blanket bond (per case limit): | $12,500,000.00 |
| For Period Ending: | 4/2/2014 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/15/2013 | (6) | Neal & Harwell, PLC trust account | money held by neal & harwell for the benefit of bank of america | 1229-000 | $1,300,000.00 | | $1,300,000.00 |
| 01/18/2013 | (7) | Frost Todd Brown LLC | balance of retainer held in escrow by debtors counsel | 1290-010 | $25,189.30 | | $1,325,189.30 |
| 01/22/2013 | | Transfer To: #******0088 | transfer to money market to get interest | 9999-000 | | $1,324,189.30 | $1,000.00 |
| 02/04/2013 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $475.57 | $524.43 |
| 03/04/2013 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $0.84 | $523.59 |
| 03/19/2013 | | Transfer From: #******0072 | to money market | 9999-000 | $523.59 | | $1,047.18 |
| 03/19/2013 | | Transfer To: #******0088 | to money market | 9999-000 | | $523.59 | $523.59 |
| 06/03/2013 | | Transfer From: #******0088 | transfer money from money market to checking account to make interim distribtion | 9999-000 | $975,000.00 | | $975,523.59 |
| 06/03/2013 | 3001 | Eva M. Lemeh | Trustee Compensation | 2100-000 | | $39,999.41 | $935,524.18 |
| 06/03/2013 | 3002 | Eva M. Lemeh | Trustee Expenses | 2200-000 | | $3.27 | $935,520.91 |
| 06/03/2013 | 3003 | U.S. BANKRUPTCY COURT CLERK | Account Number: ; Claim #: 8; Notes: adversary filing fee for adversary case no. 12-90552A; Amount Claimed: 293.00; Amount Allowed: 293.00; Dividend: 0.03; Distribution Dividend: 100.00; | 2700-000 | | $293.00 | $935,227.91 |
| 06/03/2013 | 3004 | FleetCor Technologies | Account Number: ; Claim #: 2; Notes: allowed/unsecured; Amount Claimed: 6,648.00; Amount Allowed: 6,648.00; Dividend: 0.48; Distribution Dividend: 71.30; | 7100-000 | | $4,739.70 | $930,488.21 |
| 06/03/2013 | 3005 | Key Equipment Finance Inc. | Account Number: ; Claim #: 3; Notes: allowed/unsecured; Amount Claimed: 4,368.59; Amount Allowed: 4,368.59; Dividend: 0.31; Distribution Dividend: 71.30; | 7100-000 | | $3,114.60 | $927,373.61 |
| 06/03/2013 | 3006 | The Happy Ending, LLC | Account Number: ; Claim #: 6; Notes: allow/unsecured; allowing this claim which is one of three claims filed for the very same debt; allowing because corporation so will pay this creditor instead of chosing between the two individuals named in the promi | 7100-000 | | $926,837.99 | $535.62 |
| 06/04/2013 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $0.84 | $534.78 |

SUBTOTALS  $2,300,712.89  $2,300,178.11

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 12-02332 | | Trustee Name: | Eva M. Lemeh |
|---|---|---|---|---|
| Case Name: | BRI BUSINESS SERVICES, INC. | | Bank Name: | PINNACLE BANK |
| Primary Taxpayer ID #: | **-***0748 | | Checking Acct #: | ******0072 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 3/9/2012 | | Blanket bond (per case limit): | $12,500,000.00 |
| For Period Ending: | 4/2/2014 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/02/2013 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $403.83 | $130.95 |
| 10/02/2013 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $0.20 | $130.75 |
| 10/03/2013 | | Transfer To: #******0088 | transfer to money market | 9999-000 | | $130.75 | $0.00 |
| 01/20/2014 | | Transfer From: #******0088 | transfer to disburse funds pursuant to tfr | 9999-000 | $256,662.78 | | $256,662.78 |
| 01/20/2014 | | Transfer From: #******0088 | | 9999-000 | $0.11 | | $256,662.89 |
| 01/20/2014 | 3007 | Eva M. Lemeh | Trustee Compensation | 2100-000 | | $23,470.99 | $233,191.90 |
| 01/20/2014 | 3008 | Eva M. Lemeh | Trustee Expenses | 2200-000 | | $3.37 | $233,188.53 |
| 01/20/2014 | 3009 | U.S. BANKRUPTCY COURT CLERK | Account Number: ; Claim #: ; Notes: adversary filing fee for adversary case no. 12-90552A-paid; adversary case no. 13-ap-90038 and adversary case no. 13-ap-90045; Amount Claimed: 879.00; Amount Allowed: 879.00; Dividend: 0.22; Distribution Dividend: 100 | 2700-000 | | $586.00 | $232,602.53 |
| 01/20/2014 | 3010 | Tennessee Department of Revenue | Account Number: ; Claim #: 8; Notes: allow/priorty Pre petition tax claim; Amount Claimed: 446.86; Amount Allowed: 446.86; Dividend: 0.17; Distribution Dividend: 100.00; | 5800-000 | | $446.86 | $232,155.67 |
| 01/20/2014 | 3011 | Tennessee Department of Revenue | Account Number: ; Claim #: 9; Notes: allow/post petition priority tax claim; Amount Claimed: 686.69; Amount Allowed: 686.69; Dividend: 0.26; Distribution Dividend: 100.00; | 5800-000 | | $686.69 | $231,468.98 |
| 01/20/2014 | 3012 | Tennessee Department of Revenue | Account Number: ; Claim #: 10; Notes: allow/post petition priority tax claim; Amount Claimed: 2,346.06; Amount Allowed: 2,346.06; Dividend: 0.91; Distribution Dividend: 100.00; | 5800-000 | | $2,346.06 | $229,122.92 |
| 01/20/2014 | 3013 | FleetCor Technologies | Account Number: ; Claim #: 2; Notes: allowed/unsecured; Amount Claimed: 6,648.00; Amount Allowed: 6,648.00; Dividend: 0.45; Distribution Dividend: 88.77; | 7100-000 | | $1,161.73 | $227,961.19 |

SUBTOTALS    $256,662.89    $29,236.48

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 12-02332 | | Trustee Name: | Eva M. Lemeh |
|---|---|---|---|---|
| Case Name: | BRI BUSINESS SERVICES, INC. | | Bank Name: | PINNACLE BANK |
| Primary Taxpayer ID #: | **-***0748 | | Checking Acct #: | ******0072 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 3/9/2012 | | Blanket bond (per case limit): | $12,500,000.00 |
| For Period Ending: | 4/2/2014 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/20/2014 | 3014 | Key Equipment Finance Inc. | Account Number: ; Claim #: 3; Notes: allowed/unsecured; Amount Claimed: 4,368.59; Amount Allowed: 4,368.59; Dividend: 0.29; Distribution Dividend: 88.77; | 7100-000 | | $763.39 | $227,197.80 |
| 01/20/2014 | 3015 | The Happy Ending, LLC | Account Number: ; Claim #: 6; Notes: allow/unsecured; allowing this claim which is one of three claims filed for the very same debt; allowing because corporation so will pay this creditor instead of chosing between the two individuals named in the promi | 7100-000 | | $227,171.17 | $26.63 |
| 01/20/2014 | 3016 | Tennessee Department of Revenue | Account Number: ; Claim #: 8; Notes: allow/unsecured; Amount Claimed: 30.00; Amount Allowed: 30.00; Dividend: 0.01; Distribution Dividend: 88.77; | 7100-000 | | $26.63 | $0.00 |
| | | | TOTALS: | | $2,557,375.78 | $2,557,375.78 | $0.00 |
| | | | Less: Bank transfers/CDs | | $1,232,186.48 | $1,324,843.64 | |
| | | | Subtotal | | $1,325,189.30 | $1,232,532.14 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $1,325,189.30 | $1,232,532.14 | |

**For the period of 3/9/2012 to 4/2/2014**

| | |
|---|---|
| Total Compensable Receipts: | $1,325,189.30 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,325,189.30 |
| Total Internal/Transfer Receipts: | $1,232,186.48 |
| | |
| Total Compensable Disbursements: | $1,232,532.14 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,232,532.14 |
| Total Internal/Transfer Disbursements: | $1,324,843.64 |

**For the entire history of the account between 09/05/2012 to 4/2/2014**

| | |
|---|---|
| Total Compensable Receipts: | $1,325,189.30 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,325,189.30 |
| Total Internal/Transfer Receipts: | $1,232,186.48 |
| | |
| Total Compensable Disbursements: | $1,232,532.14 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,232,532.14 |
| Total Internal/Transfer Disbursements: | $1,324,843.64 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 4  Exhibit 9

| Case No. | 12-02332 | | Trustee Name: | Eva M. Lemeh |
|---|---|---|---|---|
| Case Name: | BRI BUSINESS SERVICES, INC. | | Bank Name: | PINNACLE BANK |
| Primary Taxpayer ID #: | **-***0748 | | Money Market Acct #: | ******0088 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 3/9/2012 | | Blanket bond (per case limit): | $12,500,000.00 |
| For Period Ending: | 4/2/2014 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/22/2013 | | Transfer From: #******0072 | transfer to money market to get interest | 9999-000 | $1,324,189.30 | | $1,324,189.30 |
| 01/23/2013 | 2001 | FROST BROWN TODD, LLC | PAY ATTORNEYS FEES AND EXPENSES PER ORDER ENTERED 01/23/13 | 3210-000 | | $80,000.00 | $1,244,189.30 |
| 01/31/2013 | (INT) | Pinnacle National Bank | Interest Pad January 31, 2013 | 1270-000 | $47.99 | | $1,244,237.29 |
| 02/28/2013 | (INT) | Pinnacle Bank | Interest for February | 1270-000 | $143.17 | | $1,244,380.46 |
| 03/19/2013 | (8) | FROST BROWN TODD | cash collateral | 1290-010 | $10,428.14 | | $1,254,808.60 |
| 03/19/2013 | (9) | FROST BROWN TODD | funds held by attorney for Steve Rawlins turned over per agreed order authorizing turnover of funds entered 03/13/13 | 1290-000 | $4,163.00 | | $1,258,971.60 |
| 03/29/2013 | (INT) | Pinnacle Bank | Interest for March | 1270-000 | $148.30 | | $1,259,119.90 |
| 04/15/2013 | 2002 | JOHN H. HELDRETH & ASSOCIATES | fees 180; exps 49.14 per order entered on 04/12/13 | 2990-000 | | $229.14 | $1,258,890.76 |
| 04/15/2013 | 2003 | EVA M. LEMEH, ESQUIRE | attorneys fees per order entered 04/12/13 | 3110-000 | | $12,637.50 | $1,246,253.26 |
| 04/15/2013 | 2004 | EVA M. LEMEH, ESQUIRE | attorney expenses per order entered 04/12/13 | 3120-000 | | $129.80 | $1,246,123.46 |
| 04/30/2013 | (INT) | Pinnacle Bank | Interest Posting | 1270-000 | $163.84 | | $1,246,287.30 |
| 05/17/2013 | 2005 | Garfinkle, McLemore & Young, PLLC | pay atty's fees per order entered 03/29/13 | 3210-000 | | $8,375.00 | $1,237,912.30 |
| 05/17/2013 | 2006 | Garfinkle, McLemore & Young, PLLC | pay atty's exps per order entered 03/29/13 | 3220-000 | | $263.72 | $1,237,648.58 |
| 05/31/2013 | (INT) | Pinnacle Bank | Interest Posting | 1270-000 | $158.35 | | $1,237,806.93 |
| 06/03/2013 | | Transfer To: #******0072 | transfer money from money market to checking account to make interim distribtion | 9999-000 | | $975,000.00 | $262,806.93 |
| 06/28/2013 | (INT) | Pinnacle Bank | Interest Posting | 1270-000 | $38.25 | | $262,845.18 |
| 07/31/2013 | (INT) | Pinnacle Bank | Interest Posting | 1270-000 | $35.65 | | $262,880.83 |
| 08/30/2013 | (INT) | Pinnacle Bank | Interest Posting | 1270-000 | $32.41 | | $262,913.24 |
| 09/30/2013 | (INT) | Pinnacle | Interest Posting | 1270-000 | $33.49 | | $262,946.73 |
| 10/03/2013 | | Transfer From: #******0072 | transfer to money market | 9999-000 | $130.75 | | $263,077.48 |
| 10/31/2013 | (INT) | Pinnacle | Interest Posting | 1270-000 | $33.51 | | $263,110.99 |
| 11/06/2013 | 2007 | Garfinkle, McLemore & Young, PLLC | pay attys fees per order entered 11/06/13 | 3210-000 | | $4,625.00 | $258,485.99 |
| 11/12/2013 | 2008 | EVA M. LEMEH, ESQUIRE | pay attys fees per order entered 11/12/13 | 3110-000 | | $1,718.00 | $256,767.99 |
| 11/12/2013 | 2009 | EVA M. LEMEH, ESQUIRE | pay attys expes per order entered 11/12/13 | 3120-000 | | $169.86 | $256,598.13 |
| | | | | SUBTOTALS | $1,339,746.15 | $1,083,148.02 | |

Case 3:12-bk-02332  Doc 243  Filed 05/08/14  Entered 05/08/14 15:26:03  Desc Main
Document      Page 14 of 16

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 5  Exhibit 9

| Case No. | 12-02332 | | Trustee Name: | Eva M. Lemeh |
|---|---|---|---|---|
| Case Name: | BRI BUSINESS SERVICES, INC. | | Bank Name: | PINNACLE BANK |
| Primary Taxpayer ID #: | **-***0748 | | Money Market Acct #: | ******0088 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 3/9/2012 | | Blanket bond (per case limit): | $12,500,000.00 |
| For Period Ending: | 4/2/2014 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/29/2013 | (INT) | Pinnacle | Interest Posting | 1270-000 | $30.90 | | $256,629.03 |
| 12/31/2013 | (INT) | Pinnacle | Interest Posting | 1270-000 | $33.75 | | $256,662.78 |
| 01/20/2014 | (INT) | PINNACLE BANK | Account Closing Interest As Of 1/20/2014 | 1270-000 | $0.11 | | $256,662.89 |
| 01/20/2014 | | Transfer To: #******0072 | transfer to disburse funds pursuant to tfr | 9999-000 | | $256,662.78 | $0.11 |
| 01/20/2014 | | Transfer To: #******0072 | | 9999-000 | | $0.11 | $0.00 |
| | | | TOTALS: | | $1,339,810.91 | $1,339,810.91 | $0.00 |
| | | | Less: Bank transfers/CDs | | $1,324,320.05 | $1,231,662.89 | |
| | | | Subtotal | | $15,490.86 | $108,148.02 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $15,490.86 | $108,148.02 | |

For the period of 3/9/2012 to 4/2/2014

| | |
|---|---|
| Total Compensable Receipts: | $15,490.86 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $15,490.86 |
| Total Internal/Transfer Receipts: | $1,324,320.05 |
| | |
| Total Compensable Disbursements: | $108,148.02 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $108,148.02 |
| Total Internal/Transfer Disbursements: | $1,231,662.89 |

For the entire history of the account between 01/20/2013 to 4/2/2014

| | |
|---|---|
| Total Compensable Receipts: | $15,490.86 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $15,490.86 |
| Total Internal/Transfer Receipts: | $1,324,320.05 |
| | |
| Total Compensable Disbursements: | $108,148.02 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $108,148.02 |
| Total Internal/Transfer Disbursements: | $1,231,662.89 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | | |
|---|---|---|---|---|
| **Case No.** | 12-02332 | **Trustee Name:** | Eva M. Lemeh | |
| **Case Name:** | BRI BUSINESS SERVICES, INC. | **Bank Name:** | PINNACLE BANK | |
| **Primary Taxpayer ID #:** | **-***0748 | **Money Market Acct #:** | ******0088 | |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | | |
| **For Period Beginning:** | 3/9/2012 | **Blanket bond (per case limit):** | $12,500,000.00 | |
| **For Period Ending:** | 4/2/2014 | **Separate bond (if applicable):** | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $1,340,680.16 | $1,340,680.16 | $0.00 |

**For the period of 3/9/2012 to 4/2/2014**

| | |
|---|---|
| Total Compensable Receipts: | $1,340,680.16 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,340,680.16 |
| Total Internal/Transfer Receipts: | $2,556,506.53 |
| | |
| Total Compensable Disbursements: | $1,340,680.16 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,340,680.16 |
| Total Internal/Transfer Disbursements: | $2,556,506.53 |

**For the entire history of the case between 08/23/2012 to 4/2/2014**

| | |
|---|---|
| Total Compensable Receipts: | $1,340,680.16 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,340,680.16 |
| Total Internal/Transfer Receipts: | $2,556,506.53 |
| | |
| Total Compensable Disbursements: | $1,340,680.16 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,340,680.16 |
| Total Internal/Transfer Disbursements: | $2,556,506.53 |